IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENESIS FS CARD SERVICES, INC., | § | |
| | § | |
|    *Plaintiff,* | § | |
| | § | |
| v. | § | C.A. No. 1:22-cv-01385-MAK |
| | § | |
| LENOVO (UNITED STATES), INC., | § | |
| | § | |
|    *Defendant.* | § | |

**PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Genesis FS Card Services, Inc. ("Genesis") files this Motion to Compel (the "Motion"), and respectfully states:

### I. PROCEDURAL HISTORY

On February 10, 2023, Genesis served Defendant Lenovo (United States) Inc. ("Lenovo") with its First Set of Discovery Requests to Defendant, which included requests for production, requests for admission, and interrogatories (the "Discovery Requests").[1] The deadline for Lenovo to respond to the Discovery Requests was March 13, 2023.

On March 10, 2023, Genesis agreed to extend Lenovo's deadline to respond to the Discovery Requests to March 20, 2023. Thereafter, on March 20, 2023, Lenovo requested another extension to respond to the Discovery Requests, until March 22, 2023. Counsel for Genesis was unavailable on March 20 and therefore did not respond to Lenovo's last minute request for additional time.

On March 22, Lenovo responded to some of the Discovery Requests. While Lenovo asserted almost 10-pages of general and boilerplate objections to Genesis's requests for production

---

[1] **Exhibit A**.

of documents, Lenovo did not respond at all to Genesis' interrogatories (the "Interrogatories").[2] Instead, Lenovo simply stated that "Lenovo will respond to Genesis' Interrogatories at a future date to be determined by mutual agreement of the parties, upon completion of document discovery."[3]

On March 23, 2023, Genesis emailed counsel for Lenovo regarding the deficiencies in Lenovo's responses to the Discovery Requests and requested to immediately confer. With respect to the Interrogatories, Genesis asked that Lenovo answer them by March 28.[4]

On March 24, the parties had an amicable and meaningful conference, and conferred on all of Lenovo's objections and responses to the Discovery Requests. Counsel for Genesis then provided a summary of the parties' conference and requested that counsel for Lenovo confirm their positions on the various issues.[5] At that time, it was Genesis' understanding that Lenovo had agreed to respond to the Interrogatories by April 5, 2023.

Lenovo did not respond to the Interrogatories on April 5, and to date, still has not responded to the Interrogatories, which were due on March 20, 2023. Lenovo has therefore waived all objections to the Interrogatories.

Moreover, there is no legal basis for Lenovo's refusal to provide timely responses to the Interrogatories. Lenovo is not allowed to unilaterally dictate the sequence and timing of discovery. Genesis is entitled to full and complete responses based upon the information currently known and available to Lenovo. To the extent subsequent document discovery renders any of Lenovo's Interrogatory responses incomplete, it is free to supplement or amend those responses in

---

[2] **Exhibit B**.
[3] *See* **Exhibit B** at fn. 1.
[4] **Exhibit C**.
[5] **Exhibit D**.

accordance with the rules of civil procedure. Lenovo should not, however, be permitted to simply skirt its discovery responsibilities whenever it decides to do so. The Court should therefore order Lenovo to fully and immediately respond to the Interrogatories.

## II. **CONCLUSION**

Genesis respectfully requests that the Court grant this Motion and enter an order (1) requiring Lenovo to respond to the Interrogatories by April 10, 2023, without objection; (2) awarding Genesis its reasonable attorney's fees incurred in filing this Motion; and (3) granting Genesis such other and further relief to which it is justly entitled.

|  |  |
|---|---|
| Dated: April 7, 2023 | **BURR & FORMAN LLP**<br><br>*/s/ J. Cory Falgowski*<br>J. Cory Falgowski (No. 4546)<br>1201 N. Market Street, Suite 1407<br>Wilmington, DE 19801<br>Telephone: (302) 830-2312<br>Fax: (302) 397-2566<br>Email: jfalgowski@burr.com<br>*Counsel for Plaintiff*<br>*Genesis FS Card Services, Inc.* |

*Of Counsel:*
**FIGARI + DAVENPORT, LLP**
Ryan K. McComber (Texas Bar No. 24041428)
Email: ryan.mccomber@figdav.com
Parker D. Young (Texas Bar No. 22204050)
Email: parker.young@figdav.com
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Fax: (214) 939-2090