# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENESIS FS CARD SERVICES, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-1385-MAK |
| | : | |
| LENOVO (UNITED STATES) INC. | : | |
| | : | |

## ORDER

**AND NOW**, this 10th day of April 2023, upon considering Plaintiff's Motion to compel (D.I. 53), absent a response compliant with our Policies, relying upon the representation of a March 24 meet-and-confer to resolve the issues, finding no basis for Defendant to not timely respond to long-pending interrogatories but also finding no basis at this stage to award fees, it is **ORDERED** Plaintiff's Motion to compel (D.I. 53) is **GRANTED in part** to require Defendant produce fulsome responses to the pending interrogatories without objection other than to assert a privilege along with a detailed privilege log on or before **April 12, 2023**.

KEARNEY, J.