AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:22-CV-01385-MAK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* ChargeAfter USA, Inc.
on *(date)* 04/27/2023.

☒ I served the subpoena by delivering a copy to the named individual as follows:
ChargeAfter USA, Inc. c/o Registered Agent, Corporation Service Company
on *(date)* 04/27/2023 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/27/2023

*Betty Nowland-Hurlock*
Server's signature

Betty Nowland-Hurlock - Courier
*Printed name and title*

Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc.: